MAR/16/2022/WED 21:24                    FAX No.                    Mar 17 2022 11:43am      P002
                                                                        P. 002

Lafayette Parish          C-20221395
Filed Mar 17, 2022 2:29 PM      A
Jasmine Flugence
Deputy Clerk of Court

## 15TH JUDICIAL DISTRICT COURT FOR THE PARISH OF LAFAYETTE

## STATE OF LOUISIANA

NO.                                                    SECTION

### LILY HOWARD

### VERSUS

### SUPER 1 FOODS AND/OR BROOKSHIRE GROCERY COMPANY, JOHN DOE, AND ABC INSURANCE COMPANY

FILED: _____     _____
                                            DEPUTY CLERK

### PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, come Petitioner, **LILY HOWARD** a major and domiciliary of the State of Louisiana, who respectfully present her claims for personal injuries as follows:

1.

Made Defendants herein are:

A.  **SUPER 1 FOODS AND/OR BROOKSHIRE GROCERY COMPANY**, a domestic limited liability company authorized to do and doing business in the State of Louisiana and within the jurisdiction of this Honorable Court;

B.  **JOHN DOE**, upon information and belief, an individual of the full age of majority and the owner of **SUPER 1 FOODS AND/OR BROOKSHIRE GROCERY COMPANY**, and a resident of the State of Louisiana; and

C.  **ABC INSURANCE COMPANY**, upon information and belief, a foreign insurer authorized to do and doing business in the State of Louisiana.

2.

At all times material herein, **JOHN DOE** owned and/or operated Super 1 Foods located at 215 W. Willow St. #627, Lafayette, La 70501.


Certified True and
Correct Copy
CertID: 2022032100342

Monica Comeaux

Lafayette Parish
Deputy Clerk of Court

Generated Date:
3/21/2022 12:54 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

**EXHIBIT A**

3.

At all times material herein, defendants **JOHN DOE** had ownership, maintenance, care, custody and control of the interior and surroundings of the premises in question and particularly including where the accident in question occurred, as will be discussed below.

4.

Upon information and belief, at all times material herein, there was in force and effect a policy of general liability insurance issued by Defendant, **ABC INSURANCE COMPANY,** covering **SUPER 1 FOODS AND/OR BROOKSHIRE GROCERY COMPANY,** and **JOHN DOE,** insuring the negligent acts of **SUPER 1 FOODS AND/OR BROOKSHIRE GROCERY COMPANY, AND JOHN DOE,** for any and all acts of the kind and nature herein asserted.

5.

On or about June 2, 2021, **LILY HOWARD** was a patron at the subject Super 1 Foods.

6.

Petitioner, **LILY HOWARD** was shopping at Super 1 Foods when suddenly and without warning she slipped and fell on a what appeared to be melted ice that was not marked with signs, resulting in severe injuries.

7.

Petitioner shows that this accident was caused solely by the actions and omissions of **SUPER 1 FOODS AND/OR BROOKSHIRE GROCERY COMPANY,** and **JOHN DOE** in the following, but nonexclusive, particulars:

A. In failing to use reasonable care to keep the floor, aisles, and passageways in a safe condition;

B. In failing to use reasonable care to keep the premises free of hazardous conditions;

C. In failing to properly inspect the premises and equipment;

D. In failing to establish proper procedures for maintenance and inspection;

E. In failing to take steps to avoid an impending accident;

F. In failing to warn patrons of the unreasonably dangerous condition;

G. In failing to keep their floor, dry, and free of hazards; and

H. For any and all other particular acts of negligence which will be shown upon the trial of this matter.



Certified True and
Correct Copy
CertID: 2022032100342

Monica Comeaux
_____
Lafayette Parish
Deputy Clerk of Court

Generated Date:
3/21/2022 12:54 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

8.

As a result of the aforementioned acts of negligence, Petitioner shows that Defendants are liable to her for her injuries, which may include pain and suffering, mental anguish, past and future lost wages, medical expenses past and future, permanent disabilities, loss of earnings and earning capacity, loss of enjoyment of life, other special damages, any and all other damages which may be proven at trial in this matter.

WHEREFORE, Petitioner prays that the Defendants be duly cited and served with a copy of this Petition and after all due proceedings are had, there be Judgment in favor of Petitioner, LILY HOWARD, and against the Defendants, SUPER 1 FOODS AND/OR BROOKSHIRE GROCERY COMPANY, JOHN DOE, AND ABC INSURANCE COMPANY, jointly and in solido for all damages as are reasonable in the premises, together with legal interest thereon from the date of judicial demand, until paid, and for all costs and disbursements in filing this cause of action, and for any and all legal and equitable relief as this Court deems necessary and proper warranted in the cause herein.

Respectfully Submitted:

Alvendia, Kelly & Demarest, LLC

RODERICK "RICO" ALVENDIA, 25554
J. BART KELLY III, 24488
JEANNE K. DEMAREST, 23032
KURT A. OFFNER, 28176
JENNIFER L. KUECHMANN, 36886
CASSIE P. GAILMOR, 33319
909 Poydras Street, Suite 1625
New Orleans, Louisiana 70112
Telephone: (504) 200-0000
Facsimile: (504) 200-0001
Email: kurt@akdlalaw.com
       cassie@akdlalaw.com

AND

GREGORY J. CHIARTANO, 33058
3801 Canal St., Ste. 211
New Orleans, LA 70119
Email: greg@chiartano.com

*ATTORNEYS FOR PLAINTIFF*



Certified True and
Correct Copy
CertID: 2022032100342

Monica Comeaux
_____
Lafayette Parish
Deputy Clerk of Court

Generated Date:
3/21/2022 12:54 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

MAR/16/2022/WED 21:25                          FAX No.                    Mar 17 2022 11:45am      P005
                                                                              P. 005

**PLEASE SERVE:**
**SUPER 1 FOODS AND/OR BROOKSHIRE GROCERY COMPANY**
Through its Agent of Service of Process:
C T Corporation System
3867 Plaza Tower Dr.
Baton Rouge, La 70816

**PLEASE HOLD  SERVICE:**

**JOHN DOE**
**ABC INSURANCE COMPANY**

Monica Comeaux

Certified True and
Correct Copy
CertID: 2022032100342

Lafayette Parish
Deputy Clerk of Court

Generated Date:
3/21/2022 12:54 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).